*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KAREN KINSLOW                                                                                           PLAINTIFF

vs.                                      CASE NO. 4:08cv04139 JMM

STATE FARM FIRE & CASUALTY COMPANY                                           DEFENDANT

### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. All deadlines previously set and the jury trial scheduled November 9, 2009, are canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties. All pending motions are moot.

The Court retains complete jurisdiction for forty-five (45) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 10th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE